UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ABITA VIEW APARTMENTS, LLC | CIVIL ACTION |
| VERSUS | NO. 23-291 |
| LASHUNDA CARR | SECTION "R" (1) |

## ORDER AND REASONS

This matter arises from plaintiff's cause of action to evict defendant in state-court proceedings.[1] Defendant removed this case on January 23, 2023.[2] She then filed an *ex parte* motion for leave to proceed in *forma pauperis*, which Magistrate Judge Janice van Meerveld denied.[3] Magistrate Judge van Meerveld also provided a report and recommendation ("R&R"), recommending that this matter be remanded if defendant did not pay the filing fee within 14 days.[4] Plaintiff did not object to the R&R or pay the filing fee. Therefore, this Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1)*; see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the

---

1   R. Doc. 1.
2   R. Doc. 1.
3   R. Doc. 3 at 1.
4   R. Doc. 3.

face of the record in order to accept the recommendation."). The Court finds no clear error. Therefore, the Court adopts Magistrate van Meerveld's R&R as its opinion.

Accordingly, the Court orders that this matter be REMANDED to the St. Tammany Parish Third Ward Justice Court.

New Orleans, Louisiana, this __2nd__ day of May, 2023.

          _____
                SARAH S. VANCE
          UNITED STATES DISTRICT JUDGE